UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

ERIC DARNELL WILLIAMS,

    Defendant.

Case: 4:22−mj−30448
Assigned To : Ivy, Curtis, Jr
Assign. Date : 10/14/2022
Description: REM USA v. Williams (jo)

Originating No. 22-cr-253

### GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant ERIC DARNELL WILLIAMS to answer to charges pending in another federal district, and states:

1. On October 14, 2022, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Northern District of Georgia, Atlanta Division. Defendant is charged in that district with a violation of firearm offenses.

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                Respectfully submitted,

                DAWN N. ISON
                United States Attorney

                s/Nancy A. Abraham
                NANCY A. ABRAHAM
                Assistant United States Attorney
                600 Church Street, Suite 200
                Flint, MI  48502
                Nancy.abraham@usdoj.gov
                (810) 766-5034
                P42060

Dated:  October 14, 2022